■ CHERYL BARNES, Individually and as Guardian of SHAWN BARNES, an Infant, Respondent-Appellant, v COUNTY OF ONONDAGA, Appellant-Respondent, et al., Defendant. (Appeal No. 2.) [601 NYS2d 882] —Order unanimously affirmed with costs to plaintiff. Same Memorandum as in *Barnes v County of Onondaga* (195 AD2d 1042 [decided herewith]). (Appeals from Order of Supreme Court, Onondaga County, Reagan, J.—Set Aside Verdict.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.